# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WESLEY EVANS,**

    **Plaintiff,**

**vs.**                                              **Case No. 4:14cv446-MW/CAS**

**LUCILITA SALVADOR, P.A.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Defendant Salvador filed a motion for summary judgment in early September 2015.  ECF No. 31.  A day later, Plaintiff, an inmate proceeding pro se, filed a motion for copies of the pleadings filed in this case by the Defendant.  ECF No. 33.  Plaintiff was provided a copy of the docket sheet for this case and directed to review the documents filed and advise Defendant of any *specific* document that he did not receive.  ECF No. 34.  That Order also advised Plaintiff of his obligation to respond to Defendant's summary judgment motion and directed to file his opposition by October 16, 2015.  *Id.*  Plaintiff has not filed opposition to summary judgment, nor has he filed anything in this case since September 9, 2015.

On March 10, 2016, Defendant filed a motion to dismiss this case in light of Plaintiff's apparent abandonment of this action. ECF No. 35. Another Order was entered, advising Plaintiff that pursuant to the Rules of this Court, a motion may be granted by default if a party fails to file a responsive memorandum in opposition to a motion. ECF No. 36. Plaintiff was required to file a response to the motion to dismiss no later than April 8, 2016, if he intended to proceed with this litigation. *Id.* Plaintiff was advised that if he failed to respond, a recommendation would be made to dismiss this case. Because Plaintiff has not responded, this case should now be dismissed pursuant to Rule 41(b) for Plaintiff's failure to prosecute and comply with Court Orders.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** pursuant to FED. R. CIV. P. 41(b) as Plaintiff has abandoned this litigation by failing to prosecute and respond to Court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on May 9, 2016.

 s/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.