IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WESLEY EVANS,**

    **Plaintiff,**

v.                                      Case No. 4:14cv446-MW/CAS

**LUCILITA SALVADOR, P.A.,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 37. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) as Plaintiff has abandoned this litigation by failing to prosecute and respond to court orders." The Clerk shall close the file.

**SO ORDERED on June 3, 2016.**

                                                      s/Mark E. Walker              
                                                      **United States District Judge**